

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 17, 2018**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 17-42316-RFN |
| WILLIAM MICHAEL KILLGORE | § | CHAPTER 13 |
| DEBTOR | § | JUDGE RUSSELL F NELMS |

---

### ORDER GRANTING MOTION TO VACATE DISMISSAL
### ORDER AND REINSTATING CASE

---

**AT FORT WORTH IN SAID DISTRICT:**

On this day came on for consideration Debtor's Motion to vacate dismissal order and reinstate case ("Motion"). Having heard the merits of the Motion and the testimony of the parties, if any, the Court finds that in the interest of justice the Debtor's Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Order Dismissing Chapter 13 Case is hereby vacated, and the case is hereby reinstated.

# # # End of Order # # #